UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

DEBORAH K. BANKS,

    Plaintiff,

v.    **JUDGMENT**

No. 4:11-CV-164-FL

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 20, 2012, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. The decision of the commissioner is upheld and this matter is dismissed.

**This Judgment Filed and Entered on December 26, 2012, and Copies To:**

Brian M. Ricci (via CM/ECF Notice of Electronic Filing)
Michael A. Haar (via CM/ECF Notice of Electronic Filing)

December 26, 2012                  JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                          (By) Christa N. Baker, Deputy Clerk